IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16336

Judge Mary M. Rowland

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 77 | Kogpoekdo |
| 110 | erosebridal |
| 102 | KangXianShangMaoYouXianGongSi |
| 55 | Leejoan |
| 56 | HonDe |
| 155 | Esuukoo |
| 150 | JOYVIP |
| 62 | ruimingxinbaihuoshangdian |
| 23 | WalGRHFR |
| 151 | T-ASTORE |
| 22 | JOFOW |
| 146 | JOYID |
| 91 | Lsocmose |
| 80 | miaboutique89 |
| 27 | Wuijsd-ks |
| 201 | FKELYI |
| 169 | Ultra-fast delivery |
| 69 | TEHALS-life |
| 67 | Vetitkima |
| 156 | GDTNStore |

| | |
|---|---|
| 16 | CHENWEITING-US |
| 21 | MZISEEM-US |
| 78 | Heylookup |
| 154 | SDDFRHGH |
| 28 | WINHURN |
| 41 | mjhGcfj |
| 105 | Dfuvm |
| 119 | Kevin zhangxiang |
| 64 | DOCKER |
| 32 | Boyseae |
| 34 | SanDiDa |
| 47 | Tiljvks |
| 48 | NRUTUP |
| 157 | xianyouzeyaodianzishangwuyouxiangongsi |
| 164 | Amacok |
| 165 | Yomiee HOME&OUTDOORS |
| 166 | Sulgyt |
| 176 | LWZWM Summer Fashion |
| 177 | Hot6sl |
| 178 | YFPWM Fashion |
| 179 | XUE Co.ltd |
| 180 | ICHUANYI |
| 181 | wseaZA Co.ltd |
| 182 | YWDJ |
| 183 | C-N-M-D |
| 185 | Penkiiy |
| 186 | HONHUZH |
| 187 | LYXSSBYX |
| 188 | Felirenzacia |
| 189 | HAPIMO |
| 190 | KIJBLAE |
| 191 | BELLZELY |
| 197 | YT E-Commerce Co.,Ltd |
| 29 | NBXNZWF |
| 73 | Home garden suply |
| 36 | Frosred - 【7-20 Days Delivery】 |
| 30 | Limited time discount as low as 80% |
| 50 | Be&aut |
| 196 | Skywalking |
| 204 | Artnyutu |
| 2 | Fastest 7 to 14 days delivery BADHUB |

| | |
|---|---|
| 3 | Zeiyignr |
| 4 | BCZHQQ |
| 7 | PBNBP FASHION |
| 12 | ♡ Lingerie/Boots/Shirts/Dress/Gifts for Men/Women |
| 13 | Erdkk |
| 14 | Jamgty |
| 17 | Anjikang |
| 19 | HGps8w |
| 42 | wirziis Fashion |
| 51 | RKSTN Fashion |
| 66 | FeuYiinxg-US（✈7-12 days delivery） |
| 68 | Fren8kiy |
| 130 | Dreamkai |
| 136 | Ran_O |
| 137 | quanzhoushilichengqukuabadianzishangwuLtd |
| 138 | Howilath-US |

DATED:  February 1, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 1, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt